

NUMBER 13-14-00650-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

RAFAEL ADRIAN AGUAYO,                                              Appellant,

v.

THE STATE OF TEXAS,                                                Appellee.

On appeal from the 398th District Court
of Hidalgo County, Texas.

## ORDER TO FILE APPELLATE BRIEF

**Before Justices Garza, Benavides, and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's unopposed third motion for extension of time to file the brief. The reporter's record was filed on March 20, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). This Court has previously granted appellant two extensions of time totaling 150

days to file the brief, and appellant now seeks an additional thirty days, until October 19, 2015, to file the brief.

The Court GRANTS appellant's unopposed third motion for extension to file the brief and ORDERS the Honorable Patricia A. Rigney to file the brief on or before October 19, 2015. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
23rd day of September, 2015.